# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129514

AERC OF MICHIGAN, L.L.C.,
      Petitioner-Appellant,

v

CITY OF GRAND RAPIDS,
      Respondent-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129514
COA: 254244
MTT: 00-285809

_____/

      On order of the Court, the application for leave to appeal the June 14, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006 _____

t0221

_____
Clerk